## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Matthew Alexander Walukonis  
                  Debtor(s)

BK NO. 25-01526 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Change Lending, LLC dba Change Home Mortgage and index same on the master mailing list.

                  Respectfully submitted,

/s/ Matthew Fissel  
Matthew Fissel  
05 Jun 2025, 16:53:33, EDT

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA  19106  
        215-627-1322