IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
***********************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-25-01526 |
| MATTHEW WALUKONIS | : | |
| Debtor. | : | CHAPTER 13 |

***********************************************************************

| | |
|---|---|
| MATTHEW WALUKONIS | : |
| Movant, | : |
| vs. | : |
| CHAMPION MORTGAGE, TOYOTA | : |
| FINANCIAL SERVICE | : |
| and | : |
| JACK N. ZAHAROPOULOS | : |
| Respondents. | : |

***********************************************************************

## AFFIDAVIT
***********************************************************************

I, MATTHEW WALUKONIS, being first duly sworn according to law, do depose and state the following:

I previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 1-25-00904. Said case was dismissed on May 07, 2025.

I filed the previous case pro-se. I have now hired an attorney to represent my interest in the current case. In addition, I am is receiving income from both my job and my business which will allow my to fund the Chapter 13 Plan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/5/25

_____
MATTHEW WALUKONIS

STATE OF PENNSYLVANIA  :
: ss.
COUNTY OF Erie  :

**On this**, the 5th day of June 2025, personally appeared before me, a Notary Public, in and for the said County and State, the above-named MATTHEW WALUKONIS, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument as "Agent", and who acknowledged the foregoing instrument to be his act and deed and desire the same might be recorded as such according to law.

**IN WITNESS WHEREOF,** I have signed my name and affixed my seal on the day and year aforesaid.

_____
Notary Public:

My Commission Expires: April 9, 2029

```
Commonwealth of Pennsylvania - Notary Seal
Rachel Lyn Cannata, Notary Public
Erie County
My commission expires April 9, 2029
Commission number 1396152
```
Member, Pennsylvania Association of Notaries