

Saint Vincent Health Center  232 West 25th Street Erie, PA 16544  +1 (814) 4525000
Matthew Walukonis  956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 11/17/2024 | 11/30/2024 | 12/06/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,899.11 |
| YTD | 2,000.00 | 68,581.22 | 3,410.16 | 0.00 | 51,192.60 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 11/17/2024 - 11/30/2024 | 0 | 0 | 0.83 | 0 | 18.41 |
| Reimbursement - R | | | 0 | | 0 | 2,759.48 |
| Reimbursement - Tr | | | 0 | | 0 | 517.24 |
| Resident Meal Prog | | | 0 | | 0 | 2,376.00 |
| Salary Base Pay | 11/17/2024 - 11/30/2024 | 80 | 0 | 2,597.50 | 2000 | 62,928.50 |
| Earnings | | | | 2,598.33 | | 68,599.63 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 4,021.50 |
| Medicare | 37.38 | 940.51 |
| Federal Withholding | 224.85 | 5,838.38 |
| State Tax - PA | 79.74 | 2,004.84 |
| SUI-Employee Paid - PA | 1.82 | 45.71 |
| City Tax - ERIE | 42.86 | 1,077.52 |
| PA LST - ERIE | 2.00 | 50.00 |
| Employee Taxes | 548.51 | 13,978.46 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 2,950.16 |
| Parking | 20.00 | 460.00 |
| Pre Tax Deductions | 149.88 | 3,410.16 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 2,517.14 |
| Co Paid LTD | 3.88 | 94.27 |
| Co Paid Life | 1.73 | 41.82 |
| Co Paid STD | 1.52 | 38.00 |
| Employer Paid Benefits | 111.03 | 2,691.23 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 64,862.91 |
| Medicare - Taxable Wages | 2,578.33 | 64,862.91 |
| Federal Withholding - Taxable Wages | 2,448.45 | 61,912.75 |
| State Tax Taxable Wages - PA | 2,597.50 | 65,304.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 65,304.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,899.11 | USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 12/01/2024 | 12/14/2024 | 12/20/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,899.10 |
| YTD | 2,080.00 | 71,178.72 | 3,560.04 | 0.00 | 53,091.70 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 12/01/2024 - 12/14/2024 | 0 | 0 | 0.83 | 0 | 19.24 |
| Reimbursement - R | | | 0 | | 0 | 2,759.48 |
| Reimbursement - Tr | | | 0 | | 0 | 517.24 |
| Resident Meal Prog | | | 0 | | 0 | 2,376.00 |
| Salary Base Pay | 12/01/2024 - 12/14/2024 | 80 | 0 | 2,597.50 | 2080 | 65,526.00 |
| Earnings | | | | 2,598.33 | | 71,197.96 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 4,181.36 |
| Medicare | 37.39 | 977.90 |
| Federal Withholding | 224.85 | 6,063.23 |
| State Tax - PA | 79.74 | 2,084.58 |
| SUI-Employee Paid - PA | 1.82 | 47.53 |
| City Tax - ERIE | 42.86 | 1,120.38 |
| PA LST - ERIE | 2.00 | 52.00 |
| Employee Taxes | 548.52 | 14,526.98 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 3,080.04 |
| Parking | 20.00 | 480.00 |
| Pre Tax Deductions | 149.88 | 3,560.04 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 2,621.04 |
| Co Paid LTD | 3.88 | 98.15 |
| Co Paid Life | 1.73 | 43.55 |
| Co Paid STD | 1.52 | 39.52 |
| Employer Paid Benefits | 111.03 | 2,802.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 67,441.24 |
| Medicare - Taxable Wages | 2,578.33 | 67,441.24 |
| Federal Withholding - Taxable Wages | 2,448.45 | 64,361.20 |
| State Tax Taxable Wages - PA | 2,597.50 | 67,902.00 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 67,902.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,899.10 | USD |



Saint Vincent Health Center    232 West 25th Street Erie, PA 16544    +1 (814) 4525000
Matthew Walukonis    956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 12/15/2024 | 12/28/2024 | 01/03/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.83 |
| YTD | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.83 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 12/15/2024 - 12/28/2024 | 0 | 0 | 0.83 | 0 | 0.83 |
| Salary Base Pay | 12/15/2024 - 12/28/2024 | 80 | 0 | 2,597.50 | 80 | 2,597.50 |
| Earnings | | | | 2,598.33 | | 2,598.33 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 159.86 |
| Medicare | 37.39 | 37.39 |
| Federal Withholding | 216.12 | 216.12 |
| State Tax - PA | 79.74 | 79.74 |
| SUI-Employee Paid - PA | 1.82 | 1.82 |
| City Tax - ERIE | 42.86 | 42.86 |
| PA LST - ERIE | 2.00 | 2.00 |
| Employee Taxes | 539.79 | 539.79 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 129.88 |
| Parking | 20.00 | 20.00 |
| Pre Tax Deductions | 149.88 | 149.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 103.90 |
| Co Paid LTD | 3.87 | 3.87 |
| Co Paid Life | 1.73 | 1.73 |
| Co Paid STD | 1.56 | 1.56 |
| Employer Paid Benefits | 111.06 | 111.06 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 2,578.33 |
| Medicare - Taxable Wages | 2,578.33 | 2,578.33 |
| Federal Withholding - Taxable Wages | 2,448.45 | 2,448.45 |
| State Tax Taxable Wages - PA | 2,597.50 | 2,597.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 2,597.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,907.83 USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 12/29/2024 | 01/11/2025 | 01/17/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 3,785.50 | 149.88 | 0.00 | 2,686.70 |
| YTD | 160.00 | 6,383.00 | 299.76 | 0.00 | 4,594.53 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 12/29/2024 - 01/11/2025 | 0 | 0 | 0.83 | 0 | 1.66 |
| Resident Meal Prog | 12/29/2024 - 01/11/2025 | 0 | 0 | 1,188.00 | 0 | 1,188.00 |
| Salary Base Pay | 12/29/2024 - 01/11/2025 | 80 | 0 | 2,597.50 | 160 | 5,195.00 |
| Earnings | | | | 3,786.33 | | 6,384.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 233.51 | 393.37 |
| Medicare | 54.61 | 92.00 |
| Federal Withholding | 477.48 | 693.60 |
| State Tax - PA | 116.21 | 195.95 |
| SUI-Employee Paid - PA | 2.65 | 4.47 |
| City Tax - ERIE | 62.46 | 105.32 |
| PA LST - ERIE | 2.00 | 4.00 |
| Employee Taxes | 948.92 | 1,488.71 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 259.76 |
| Parking | 20.00 | 40.00 |
| Pre Tax Deductions | 149.88 | 299.76 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 207.80 |
| Co Paid LTD | 3.87 | 7.74 |
| Co Paid Life | 1.73 | 3.46 |
| Co Paid STD | 1.56 | 3.12 |
| Employer Paid Benefits | 111.06 | 222.12 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,766.33 | 6,344.66 |
| Medicare - Taxable Wages | 3,766.33 | 6,344.66 |
| Federal Withholding - Taxable Wages | 3,636.45 | 6,084.90 |
| State Tax Taxable Wages - PA | 3,785.50 | 6,383.00 |
| City Tax Taxable Wages - ERIE | 3,785.50 | 6,383.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 2,686.70 | USD |



Saint Vincent Health Center    232 West 25th Street Erie, PA 16544    +1 (814) 4525000
Matthew Walukonis    956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 01/12/2025 | 01/25/2025 | 01/31/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 129.88 | 0.00 | 1,921.91 |
| YTD | 240.00 | 8,980.50 | 429.64 | 0.00 | 6,516.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 01/12/2025 - 01/25/2025 | 0 | 0 | 0.83 | 0 | 2.49 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 01/12/2025 - 01/25/2025 | 80 | 0 | 2,597.50 | 240 | 7,792.50 |
| Earnings | | | | 2,598.33 | | 8,982.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 161.10 | 554.47 |
| Medicare | 37.67 | 129.67 |
| Federal Withholding | 220.52 | 914.12 |
| State Tax - PA | 79.74 | 275.69 |
| SUI-Employee Paid - PA | 1.82 | 6.29 |
| City Tax - ERIE | 42.86 | 148.18 |
| PA LST - ERIE | 2.00 | 6.00 |
| Employee Taxes | 545.71 | 2,034.42 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 389.64 |
| Parking | | 40.00 |
| Pre Tax Deductions | 129.88 | 429.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 311.70 |
| Co Paid LTD | 3.87 | 11.61 |
| Co Paid Life | 1.73 | 5.19 |
| Co Paid STD | 1.56 | 4.68 |
| Employer Paid Benefits | 111.06 | 333.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,598.33 | 8,942.99 |
| Medicare - Taxable Wages | 2,598.33 | 8,942.99 |
| Federal Withholding - Taxable Wages | 2,468.45 | 8,553.35 |
| State Tax Taxable Wages - PA | 2,597.50 | 8,980.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 8,980.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,921.91 | USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 01/26/2025 | 02/08/2025 | 02/14/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.85 |
| YTD | 320.00 | 11,578.00 | 579.52 | 0.00 | 8,424.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 01/26/2025 - 02/08/2025 | 0 | 0 | 0.83 | 0 | 3.32 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 01/26/2025 - 02/08/2025 | 80 | 0 | 2,597.50 | 320 | 10,390.00 |
| Earnings | | | | 2,598.33 | | 11,581.32 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.85 | 714.32 |
| Medicare | 37.39 | 167.06 |
| Federal Withholding | 216.12 | 1,130.24 |
| State Tax - PA | 79.74 | 355.43 |
| SUI-Employee Paid - PA | 1.81 | 8.10 |
| City Tax - ERIE | 42.86 | 191.04 |
| PA LST - ERIE | 2.00 | 8.00 |
| Employee Taxes | 539.77 | 2,574.19 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 519.52 |
| Parking | 20.00 | 60.00 |
| Pre Tax Deductions | 149.88 | 579.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 415.60 |
| Co Paid LTD | 3.87 | 15.48 |
| Co Paid Life | 1.73 | 6.92 |
| Co Paid STD | 1.56 | 6.24 |
| Employer Paid Benefits | 111.06 | 444.24 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 11,521.32 |
| Medicare - Taxable Wages | 2,578.33 | 11,521.32 |
| Federal Withholding - Taxable Wages | 2,448.45 | 11,001.80 |
| State Tax Taxable Wages - PA | 2,597.50 | 11,578.00 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 11,578.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,907.85  USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 02/09/2025 | 02/22/2025 | 02/28/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.84 |
| YTD | 400.00 | 14,175.50 | 729.40 | 0.00 | 10,332.13 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 02/09/2025 - 02/22/2025 | 0 | 0 | 0.83 | 0 | 4.15 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 02/09/2025 - 02/22/2025 | 80 | 0 | 2,597.50 | 400 | 12,987.50 |
| Earnings | | | | 2,598.33 | | 14,179.65 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 874.18 |
| Medicare | 37.38 | 204.44 |
| Federal Withholding | 216.12 | 1,346.36 |
| State Tax - PA | 79.74 | 435.17 |
| SUI-Employee Paid - PA | 1.82 | 9.92 |
| City Tax - ERIE | 42.86 | 233.90 |
| PA LST - ERIE | 2.00 | 10.00 |
| Employee Taxes | 539.78 | 3,113.97 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 649.40 |
| Parking | 20.00 | 80.00 |
| Pre Tax Deductions | 149.88 | 729.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 519.50 |
| Co Paid LTD | 3.87 | 19.35 |
| Co Paid Life | 1.73 | 8.65 |
| Co Paid STD | 1.56 | 7.80 |
| Employer Paid Benefits | 111.06 | 555.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 14,099.65 |
| Medicare - Taxable Wages | 2,578.33 | 14,099.65 |
| Federal Withholding - Taxable Wages | 2,448.45 | 13,450.25 |
| State Tax Taxable Wages - PA | 2,597.50 | 14,175.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 14,175.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,907.84 | USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 02/23/2025 | 03/08/2025 | 03/14/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.84 |
| YTD | 480.00 | 16,773.00 | 879.28 | 0.00 | 12,239.97 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 02/23/2025 - 03/08/2025 | 0 | 0 | 0.83 | 0 | 4.98 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 02/23/2025 - 03/08/2025 | 80 | 0 | 2,597.50 | 480 | 15,585.00 |
| Earnings | | | | 2,598.33 | | 16,777.98 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.85 | 1,034.03 |
| Medicare | 37.39 | 241.83 |
| Federal Withholding | 216.12 | 1,562.48 |
| State Tax - PA | 79.74 | 514.91 |
| SUI-Employee Paid - PA | 1.82 | 11.74 |
| City Tax - ERIE | 42.86 | 276.76 |
| PA LST - ERIE | 2.00 | 12.00 |
| Employee Taxes | 539.78 | 3,653.75 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 779.28 |
| Parking | 20.00 | 100.00 |
| Pre Tax Deductions | 149.88 | 879.28 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 623.40 |
| Co Paid LTD | 3.87 | 23.22 |
| Co Paid Life | 1.73 | 10.38 |
| Co Paid STD | 1.56 | 9.36 |
| Employer Paid Benefits | 111.06 | 666.36 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 16,677.98 |
| Medicare - Taxable Wages | 2,578.33 | 16,677.98 |
| Federal Withholding - Taxable Wages | 2,448.45 | 15,898.70 |
| State Tax Taxable Wages - PA | 2,597.50 | 16,773.00 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 16,773.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,907.84 | USD |



Saint Vincent Health Center  232 West 25th Street Erie, PA 16544  +1 (814) 4525000
Matthew Walukonis  956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 03/09/2025 | 03/22/2025 | 03/28/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.83 |
| YTD | 560.00 | 19,370.50 | 1,029.16 | 0.00 | 14,147.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 03/09/2025 - 03/22/2025 | 0 | 0 | 0.83 | 0 | 5.81 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 03/09/2025 - 03/22/2025 | 80 | 0 | 2,597.50 | 560 | 18,182.50 |
| Earnings | | | | 2,598.33 | | 19,376.31 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 1,193.89 |
| Medicare | 37.39 | 279.22 |
| Federal Withholding | 216.12 | 1,778.60 |
| State Tax - PA | 79.74 | 594.65 |
| SUI-Employee Paid - PA | 1.82 | 13.56 |
| City Tax - ERIE | 42.86 | 319.62 |
| PA LST - ERIE | 2.00 | 14.00 |
| Employee Taxes | 539.79 | 4,193.54 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 909.16 |
| Parking | 20.00 | 120.00 |
| Pre Tax Deductions | 149.88 | 1,029.16 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 727.30 |
| Co Paid LTD | 3.87 | 27.09 |
| Co Paid Life | 1.73 | 12.11 |
| Co Paid STD | 1.56 | 10.92 |
| Employer Paid Benefits | 111.06 | 777.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 19,256.31 |
| Medicare - Taxable Wages | 2,578.33 | 19,256.31 |
| Federal Withholding - Taxable Wages | 2,448.45 | 18,347.15 |
| State Tax Taxable Wages - PA | 2,597.50 | 19,370.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 19,370.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,907.83 | USD |



Saint Vincent Health Center  232 West 25th Street Erie, PA 16544  +1 (814) 4525000
Matthew Walukonis  956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 03/23/2025 | 04/05/2025 | 04/11/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 149.88 | 0.00 | 1,907.84 |
| YTD | 640.00 | 21,968.00 | 1,179.04 | 0.00 | 16,055.64 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 03/23/2025 - 04/05/2025 | 0 | 0 | 0.83 | 0 | 6.64 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 03/23/2025 - 04/05/2025 | 80 | 0 | 2,597.50 | 640 | 20,780.00 |
| Earnings | | | | 2,598.33 | | 21,974.64 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 1,353.75 |
| Medicare | 37.38 | 316.60 |
| Federal Withholding | 216.12 | 1,994.72 |
| State Tax - PA | 79.74 | 674.39 |
| SUI-Employee Paid - PA | 1.82 | 15.38 |
| City Tax - ERIE | 42.86 | 362.48 |
| PA LST - ERIE | 2.00 | 16.00 |
| Employee Taxes | 539.78 | 4,733.32 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 129.88 | 1,039.04 |
| Parking | 20.00 | 140.00 |
| Pre Tax Deductions | 149.88 | 1,179.04 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 831.20 |
| Co Paid LTD | 3.87 | 30.96 |
| Co Paid Life | 1.73 | 13.84 |
| Co Paid STD | 1.56 | 12.48 |
| Employer Paid Benefits | 111.06 | 888.48 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 21,834.64 |
| Medicare - Taxable Wages | 2,578.33 | 21,834.64 |
| Federal Withholding - Taxable Wages | 2,448.45 | 20,795.60 |
| State Tax Taxable Wages - PA | 2,597.50 | 21,968.00 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 21,968.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,907.84 | USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 04/06/2025 | 04/19/2025 | 04/25/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 175.85 | 0.00 | 1,885.70 |
| YTD | 720.00 | 24,565.50 | 1,354.89 | 0.00 | 17,941.34 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 04/06/2025 - 04/19/2025 | 0 | 0 | 0.83 | 0 | 7.47 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 04/06/2025 - 04/19/2025 | 80 | 0 | 2,597.50 | 720 | 23,377.50 |
| Earnings | | | | 2,598.33 | | 24,572.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.85 | 1,513.60 |
| Medicare | 37.39 | 353.99 |
| Federal Withholding | 212.29 | 2,207.01 |
| State Tax - PA | 79.74 | 754.13 |
| SUI-Employee Paid - PA | 1.82 | 17.20 |
| City Tax - ERIE | 42.86 | 405.34 |
| PA LST - ERIE | 2.00 | 18.00 |
| Employee Taxes | 535.95 | 5,269.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 155.85 | 1,194.89 |
| Parking | 20.00 | 160.00 |
| Pre Tax Deductions | 175.85 | 1,354.89 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 935.10 |
| Co Paid LTD | 3.87 | 34.83 |
| Co Paid Life | 1.73 | 15.57 |
| Co Paid STD | 1.56 | 14.04 |
| Employer Paid Benefits | 111.06 | 999.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 24,412.97 |
| Medicare - Taxable Wages | 2,578.33 | 24,412.97 |
| Federal Withholding - Taxable Wages | 2,422.48 | 23,218.08 |
| State Tax Taxable Wages - PA | 2,597.50 | 24,565.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 24,565.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,885.70 | USD |



Saint Vincent Health Center   232 West 25th Street Erie, PA 16544   +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 04/20/2025 | 05/03/2025 | 05/09/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 3,017.76 | 175.85 | 0.00 | 2,305.97 |
| YTD | 800.00 | 27,583.26 | 1,530.74 | 0.00 | 20,247.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 04/20/2025 - 05/03/2025 | 0 | 0 | 0.83 | 0 | 8.30 |
| Reimbursement - R | 04/20/2025 - 05/03/2025 | 0 | 0 | 420.26 | 0 | 420.26 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 04/20/2025 - 05/03/2025 | 80 | 0 | 2,597.50 | 800 | 25,975.00 |
| Earnings | | | | 3,018.59 | | 27,591.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 1,673.46 |
| Medicare | 37.38 | 391.37 |
| Federal Withholding | 212.29 | 2,419.30 |
| State Tax - PA | 79.74 | 833.87 |
| SUI-Employee Paid - PA | 1.81 | 19.01 |
| City Tax - ERIE | 42.86 | 448.20 |
| PA LST - ERIE | 2.00 | 20.00 |
| Employee Taxes | 535.94 | 5,805.21 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 155.85 | 1,350.74 |
| Parking | 20.00 | 180.00 |
| Pre Tax Deductions | 175.85 | 1,530.74 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 1,039.00 |
| Co Paid LTD | 3.87 | 38.70 |
| Co Paid Life | 1.73 | 17.30 |
| Co Paid STD | 1.56 | 15.60 |
| Employer Paid Benefits | 111.06 | 1,110.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 26,991.30 |
| Medicare - Taxable Wages | 2,578.33 | 26,991.30 |
| Federal Withholding - Taxable Wages | 2,422.48 | 25,640.56 |
| State Tax Taxable Wages - PA | 2,597.50 | 27,163.00 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 27,163.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 2,305.97 | USD |



Saint Vincent Health Center  232 West 25th Street Erie, PA 16544  +1 (814) 4525000
Matthew Walukonis   956 W 6th Street Erie, PA 16507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Walukonis | Saint Vincent Health Center | 5102769 | 05/04/2025 | 05/17/2025 | 05/23/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 2,597.50 | 175.85 | 0.00 | 1,885.69 |
| YTD | 880.00 | 30,180.76 | 1,706.59 | 0.00 | 22,133.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 05/04/2025 - 05/17/2025 | 0 | 0 | 0.83 | 0 | 9.13 |
| Reimbursement - R | | | 0 | | 0 | 420.26 |
| Resident Meal Prog | | | 0 | | 0 | 1,188.00 |
| Salary Base Pay | 05/04/2025 - 05/17/2025 | 80 | 0 | 2,597.50 | 880 | 28,572.50 |
| Earnings | | | | 2,598.33 | | 30,189.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 159.86 | 1,833.32 |
| Medicare | 37.39 | 428.76 |
| Federal Withholding | 212.29 | 2,631.59 |
| State Tax - PA | 79.74 | 913.61 |
| SUI-Employee Paid - PA | 1.82 | 20.83 |
| City Tax - ERIE | 42.86 | 491.06 |
| PA LST - ERIE | 2.00 | 22.00 |
| Employee Taxes | 535.96 | 6,341.17 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 155.85 | 1,506.59 |
| Parking | 20.00 | 200.00 |
| Pre Tax Deductions | 175.85 | 1,706.59 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 103.90 | 1,142.90 |
| Co Paid LTD | 3.87 | 42.57 |
| Co Paid Life | 1.73 | 19.03 |
| Co Paid STD | 1.56 | 17.16 |
| Employer Paid Benefits | 111.06 | 1,221.66 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,578.33 | 29,569.63 |
| Medicare - Taxable Wages | 2,578.33 | 29,569.63 |
| Federal Withholding - Taxable Wages | 2,422.48 | 28,063.04 |
| State Tax Taxable Wages - PA | 2,597.50 | 29,760.50 |
| City Tax Taxable Wages - ERIE | 2,597.50 | 29,760.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo | ******4683 | | 1,885.69 | USD |