| In re: | Case No. 25-01526-HWV |
|---|---|
| Matthew Alexander Walukonis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf010 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5720562 | | Champion Mortgage, P.O. Box 40724, Lansing, MI 48901-7924 |
| 5720563 | | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 5720566 | + | Matthew Walukonis, 956 West 6th Street Fl 2, Erie, PA 16507-1047 |
| 5720568 | + | Szumigale Holdings, LLC, PO Box 8008, Erie, PA 16505-0008 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mwalukonis@gmail.com | Jun 24 2025 18:38:00 | Matthew Alexander Walukonis, 956 West 6th Street, FL 2, Erie, PA 16507-1047 |
| 5720560 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2025 18:52:18 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5720561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2025 18:52:26 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5720564 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2025 18:52:27 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5720565 | | Email/Text: tullio.deluca@verizon.net | Jun 24 2025 18:45:00 | Law Office of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5720567 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 24 2025 18:52:27 | NAVIENT SOLUTIONS, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 5716781 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2025 18:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5720569 | ^ | MEBN | Jun 24 2025 18:39:16 | TELECOM SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5720570 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 24 2025 18:45:00 | TOYOTA FINANCIAL SER, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 5720571 | ^ | MEBN | Jun 24 2025 18:39:11 | UTILITY SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Change Lending LLC dba Change Home Mortgage bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Matthew Alexander Walukonis tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*****************************************************************************

IN RE: : CASE NO. 1-25-01526
MATTHEW WALUKONIS :
             Debtor. : CHAPTER 13

*****************************************************************************

MATTHEW WALUKONIS :
             Movant, :
   vs. :
CHAMPION MORTGAGE, TOYOTA :
FINANCIAL SERVICE :
and :
JACK N. ZAHAROPOULOS :
             Respondents. :

*****************************************************************************

## ORDER

*****************************************************************************

Upon consideration of the Debtor's Motion to Extend the Automatic Stay, Doc. 13, no objections having been filed, and a hearing having been held on June 24, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 24, 2025