In re:                                                                                                   Case No. 25-01526-HWV

Matthew Alexander Walukonis                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: ntcnfhrg | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5720562 | | Champion Mortgage, P.O. Box 40724, Lansing, MI 48901-7924 |
| 5720566 | + | Matthew Walukonis, 956 West 6th Street Fl 2, Erie, PA 16507-1047 |
| 5720568 | + | Szumigale Holdings, LLC, PO Box 8008, Erie, PA 16505-0008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mwalukonis@gmail.com | Aug 28 2025 18:43:00 | Matthew Alexander Walukonis, 956 West 6th Street, FL 2, Erie, PA 16507-1047 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5720560 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 19:03:17 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5720561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 19:03:09 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5720563 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 28 2025 19:03:08 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 5720564 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2025 19:03:24 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5720565 | | Email/Text: tullio.deluca@verizon.net | Aug 28 2025 18:43:00 | Law Office of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5731550 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 28 2025 18:43:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5720567 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 28 2025 18:52:19 | NAVIENT SOLUTIONS, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 5732623 | | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 5730029 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 18:52:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5716781 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 18:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5720569 | ^ | MEBN | Aug 28 2025 18:41:25 | TELECOM SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5720570 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 28 2025 18:43:00 | TOYOTA FINANCIAL SER, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 5725810 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

|  | Aug 28 2025 18:43:00 | Toyota Motor Credit Corporation, dba Lexus Financial Services, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|
| 5720571    ^ MEBN | | |
| | Aug 28 2025 18:41:08 | UTILITY SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Change Lending  LLC dba Change Home Mortgage bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Matthew Alexander Walukonis tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Alexander Walukonis,                    Chapter          13

**Debtor 1**

Case No.          1:25−bk−01526−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 1, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 8, 2025  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 28, 2025 |

ntcnfhrg (08/21)