THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 1-25-01526** |
| Matthew Alexander Walukonis | : | **CHAPTER 13** |
| | : | |
| | : | |
| **Debtor(s)** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Matthew Alexander Walukonis, upon my oath according to law, hereby certify as follows:

1.   That the below information is being supplied for compliance with the
     confirmation hearing date on October 08, 2025.

2.   That all post-petition amounts that are required to be paid under any and all
     Domestic Support Obligations have been paid.

3.   That all applicable Federal, State, and local tax returns, as required by 11 U.S.C.
     Section 1308 have been filed.

4.   If this Certification is being signed by counsel for Debtor(s), that the Debtor(s)
     was/were duly questioned about the statements in this Certification and supplied
     answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any
of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 9/30/25 _____

_____
Matthew Alexander Walukonis