November 7, 2025

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

**In Re: Matthew Walukonis**
**Chapter 13 Bankruptcy**
**Case No. 1:25-01526**

Dear Sir/Madam:

     I have received returned mail for Toyota Financial Services, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 9786 Cedar Rapids, IA 52409-0004. The correct information is as follows:

     Toyota Financial Services
     PO Box 9013
     Addison, Texas 75001

Please correct the mailing matrix.

Thank you for assistance in this matter.

     Very truly yours,

     /s/ Tullio DeLuca
     Tullio DeLuca, Esquire

TD/kpm