**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
4113 Birney Ave., Suite 2
Moosic, Pennsylvania 18507
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

December 1, 2025

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Matthew Walukonis
            Chapter 13 Bankruptcy
            Case No. 1-25-01526

Dear Sir/Madam:

    I have received returned mail for Toyota Financial Service, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 9786, Cedar Rapids, IA 52409-0004. The correct information is as follows:

        Toyota Financial Services
        PO Box 661009
        Dallas, TX 75266-1009

I served the Third Amended Chapter 13 Plan at the above address on December 1, 2025. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/lm