# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
4113 BIRNEY AVE., SUITE 2
MOOSIC, PENNSYLVANIA 18507
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: tullio.deluca@verizon.net

February 6, 2026

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

                In Re: Matthew Walukonis
                     Chapter 13 Bankruptcy
                     Case No. 1-25-01526

Dear Sir/Madam:

    I have received returned mail for Toyota Financial Services, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: Toyota Financial Services. The correct information is as follows:

        Toyota Financial Services
        PO Box 22171
        Tempe, AZ 85285

I served the Order Confirming Amended Chapter 13 Plan at the above address on February 6, 2026.  Please correct the mailing matrix.

    Thank you for assistance in this matter.

                     Very truly yours,

                     /s/ Tullio DeLuca, Esquire

TD/lm