IN RE:                                                :
MATTHEW ALEXANDER WALUKONIS :          CASE NO. 1-25-01526
                                                      :
                                    Debtor      :          CHAPTER 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TOYOTA MOTOR CREDIT                   :
CORPORATION DBA LEXUS FINANCIAL:
SERVICES                                          :
                                                      :
                                    Movant,     :
            vs.                                   :
                                                      :
MATTHEW ALEXANDER WALUKONIS :
                                    Respondents.  :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, Matthew Walukonis,  and files an Answer to Toyota Motor Credit Corporation, dba Lexus Financial Services' Motion for Relief From the Automatic Stay:

1.      Matthew Walukonis, (hereinafter the "Debtor')  filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Jack N. Zaharopoulos was appointed the Chapter 13 Trustee.

3.      Under the Chapter 13 Plan, Debtor was to make regular monthly payments to the Movant outside of the Plan.

4.      Movant  alleges that Debtor has failed to make monthly car loan payments.

5.      Debtor believes that not all payments made have been credited to the account.

6.      In the event there remains an arrears, the Debtor wishes to enter into a Stipulation to cure the arrears by including them in an amended Plan, or in the alternative over a six month period.

7.     Movant is not entitled to relief from the automatic stay as there is equity in the property encumbered by Movant's security interest, arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,


Date: May 20, 2026                    /s/Tullio DeLuca
                                      Tullio DeLuca, Esquire
                                      PA ID# 59887
                                      4113 Birney Ave., Suite 2
                                      Moosic, PA 18507
                                      (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
MATTHEW ALEXANDER WALUKONIS :        CASE NO. 1-25-01526
                                          :
                       Debtor         :        CHAPTER 13
**************************************************************************
TOYOTA MOTOR CREDIT                  :
CORPORATION DBA LEXUS FINANCIAL:
SERVICES                              :
                                      :
                       Movant,       :
          vs.                         :
                                      :
MATTHEW ALEXANDER WALUKONIS :
                  Respondents.  :
**************************************************************************
**CERTIFICATE OF SERVICE**
**************************************************************************
The undersigned hereby certifies that on May 20, 2026, he caused a true and correct copy

of Debtor's Answer to Toyota Motor Credit Corp's DBA Lexus Financial Services Motion for

Relief from the Automatic Stay to be served via electronic filing to the CM/ECF participant at

the following:


Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Keri P. Ebeck, Esq. at kebeck@metzlewis.com


Date:   May 20, 2026                    /s/Tullio DeLuca
                                        Tullio DeLuca, Esq.