IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MATTHEW ALEXANDER WALUKONIS <br>     Debtor, <br><br> NEWREZ, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR CHNGE MORTGAGE TRUST 2022-NQM1 <br>     Movant, <br><br>        v. <br><br> MATTHEW ALEXANDER WALUKONIS, and JACK N ZAHAROPOULOS Trustee, <br>     Respondents. | Bankruptcy No. 1:25-bk-01526-HWV <br><br> Chapter 13 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for CHNGE Mortgage Trust 2022-NQM1 (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and Debtor, Matthew Alexander Walukonis (the "Debtor"), by and through their undersigned counsel, Tullio DeLuca, Esquire, and together file this *Stipulation Resolving Motion for Relief from the Automatic Stay* (the "Stipulation"), stating as follows:

1. The automatic stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. The Movant holds a mortgage (the "Mortgage") on Debtor's real property located at 440 Carriage Ln, Red Lion, Pennsylvania 17356.

3. As of the date of this Stipulation, the Debtor is in default of their post-petition payment obligations to Movant in the amount of $19,565.33.

4. Debtors will cure the post-petition arrears:

a. By paying $10,000.00 immediately, within no later than seven (7) days from approval of this stipulation;

b. by filing an amended plan within thirty (30) days of Stipulation being approved to include the post-petition arrears due through May 1, 2026, in the amount of $9,565.33.

c. After the post-petition arrears are provided for upon filing of amended plan, Debtor shall, timely, make all future regular monthly payments to Movant pursuant to the terms of the Contract beginning with the June 1, 2026, payment.

Debtors shall direct the payments to:

Shellpoint Mortgage Services
PO Box 650840
Dallas, Texas 75265-0840

5. Payments must be received by Movant at the above-referenced address on or before the 1st day of each month. Debtor will be in default under the Stipulation in the event that the Debtor fails to comply with the payment terms and conditions in Paragraph 4, *supra.* If Debtor default under this Stipulation, Movant will send Debtor and Debtor's counsel via email tullio.deluca@verizon.net a Notice of Default. Debtor will have thirty (30) days from the date of the Notice of Default to cure the default. If default is not cured after thirty days, a Certification of Default will be immediately filed with the Court by the Movant.

6. In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtor shall cure the pre-petition and post-petition arrears within thirty (30) days from the date of such conversion. Should the Debtor fail to cure said arrears within the thirty-day period, such failure shall be deemed a default under the terms of this Stipulation and Movant will send Debtor and Debtor's counsel via email at tullio.deluca@verizon.net a written Notice of Default. If the default is not cured within thirty (30) days from the date of the notice, counsel for Movant may file a Certification of

Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Mortgage.

7. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
Metz Lewis Brodman Must   O'Keefe
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222
412-918-1112

*Counsel for Movants*

By: /s/  Douglas R. Roeder
Staff Attorney for
Jack N Zaharopoulos,
Standing Chapter 13 Trustee


Dated: June 1, 2026

By: /s/ *Tullio DeLuca*
Tullio DeLuca, Esq.
PA I.D. #59887
tullio.deluca@verizon.net
Tullio DeLuca, Esquire
4113 Birney Ave.
Suite 2
Moosic, PA 18507
570 347-7764

*Counsel for the Debtor*