# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>MATTHEW ALEXANDER WALUKONIS<br>    Debtor.<br><br>NEWREZ, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR CHNGE MORTGAGE TRUST 2022-NQM1<br>    Movant,<br><br>        v.<br><br>MATTHEW ALEXANDER WALUKONIS, and JACK N ZAHAROPOULOS Trustee,<br>    Respondents. | Case No. 1:25-bk-01526-HWV<br><br>Chapter 13 |

## ORDER

Upon consideration of Motion to Vacate Order filed by the Debtor, Doc. 72, and it appearing that the matter has been resolved via Stipulation, Doc. 80, it is

**ORDERED** that the Stipulation is approved.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 8, 2026